**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **VICTORIA GRACE MILLSAP** | * | **CIVIL ACTION NO.** |
| *Plaintiff,* | * | |
| | * | **JUDGE** |
| *vs.* | * | |
| | * | **MAGISTRATE JUDGE** |
| **CHUBB EUROPEAN GROUP SE** | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF REMOVAL**</u>

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendant, Chubb European Group SE ("Chubb"), removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Chubb represents:

1.

The removing party, Chubb, is the sole defendant in this civil action. On May 26, 2023, Plaintiff, Victoria Grace Millsap ("Plaintiff") filed her Petition for Damages ("Petition") to commence this action, which is now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 2023-04902, on the docket of that court in division "M", section "13", and entitled "*Victoria Grace Millsap versus Chubb European Group SE.*" A copy of the Petition and all other pleadings, process and orders served on Chubb or filed in the action are attached to this notice as <u>Exhibit "A"</u>.

2.

Prior to Plaintiff's filing of the Petition, the parties submitted Plaintiff's claims to Appraisal under the Policy, and Defendant issued payment of the net Appraisal Award subject to a full reservation of rights. The Petition does not set forth any amount of claimed damages in controversy. Although Service of the Petition was made upon Chubb via the Louisiana Secretary of State on August 04, 2023, the Petition lacked an amount in controversy to establish federal subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a). No demand was received from Plaintiff until November 20, 2023, when Plaintiff submitted a demand in excess of the jurisdictional threshold, rendering this action removable. Therefore, this Notice of Removal is being timely filed, and the action is being timely removed to this Court within the 30-day period of 28 U.S.C. § 1446(b)(3).[1]

3.

This action is one of civil nature for damages caused by alleged wrongful acts of Defendant Chubb—who is Plaintiff's insurer—in relation to the adjustment of the insurance claim for Hurricane Ida damage to its property. The Petition does not set forth any specific amount of claimed damages. On November 20, 2023, Plaintiff submitted a demand of $100,467.48 for alleged "bad faith" damages.[2]

4.

Removal is proper under 28 U.S.C. §1332(a) because complete diversity of citizenship exists between Plaintiff and Defendants, and because the amount in controversy exceeds $75,000 excluding interests and costs.

---

[1] 28 U.S.C. § 1446(b)(3): "[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."
[2] A copy of Plaintiff's November 20, 2023 demand is attached hereto as Exhibit "B".

5.

Citizenship of Plaintiff: Upon information and belief from the Petition, Plaintiff is a person of the full age of majority and domiciled in Orleans Parish, Louisiana. *See* Petition ¶ 1.

6.

Citizenship of Defendant: Defendant Chubb is a foreign insurance company incorporated in France, with its principal place of business in France, and a citizen of France for diversity purposes. Chubb European Group SE is an ultimate 100% subsidiary of Chubb Limited, which is a Swiss entity traded on the New York Stock Exchange. Neither Chubb nor its parent Chubb Limited are domiciled in Louisiana.

7.

Because Plaintiff is a citizen of the State of Louisiana for diversity purposes and Defendant is a citizen of France for diversity purposes, the parties do not share citizenship.

8.

Amount in Controversy: Plaintiff's claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a) and 28 U.S.C. § 1446(a)(3). *See* attached Exhibit B.

9.

Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

10.

The United States District Court has original jurisdiction under 28 U.S.C. §1332. This action is removable under 28 U.S.C. §1441(a) and (b).

11.

Immediately after filing this Notice of Removal with the clerk of this Court, Chubb will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and served on all other counsel of record.

12.

Chubb reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Chubb reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Chubb European Group SE, pray that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

*/s/ William M. Kelly*
Leah N. Engelhardt (#23232)
William M. Kelly (#39234)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-7075
Email: engelhardt@chaffe.com
           William.kelly@chaffe.com

*Attorneys for Chubb European Group SE*

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

( )  Hand Delivery         ( )  Prepaid U.S. Mail

( )  Facsimile             ( )  Federal Express

( X )  Electronic Mail     ( X )  ECF

New Orleans, Louisiana this 13th day of December, 2023.

                                */s/ William M. Kelly*
                                WILLIAM M. KELLY