UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA GRACE MILLSAP | CIVIL ACTION |
| VERSUS | NO. 23-7281 |
| CHUBB EUROPEAN GROUP SE | SECTION M (2) |

## ORDER

Considering the parties' joint motion to dismiss with prejudice (R. Doc. 11),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims in this matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 16th day of December, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE